# EXHIBIT A

| SPRING SALE | 10% OFF | COUPON CODE: | **SPRING10** FREE SHIPPING ON ORDERS OVER **$56.99** |   |



## EMBRACE THE PAIN

SHOP NOW







- **#EliteSports**

[View Gallery](#)



**@elitesportscompany**
160
#TeamElite #mma #UFC #bjj #jiujitsu #jiujitsulife #invicta #boxing #kickboxing #muaythai #bellator #PrideFC #blackhouse

## Elite Sports

[Elite Sports](#) offers affordable yet stylish martial arts gear of the highest quality. Our products range from [BJJ gis](#), [Gym bag](#), [Shorts](#), [Gloves](#), [Belts](#), and more. At Elite Sports, We believe that the best MMA Gears comes from applying the latest technology in the MMA world into each piece of gear with an unmatched attention to detail. Just like a championship fighter in the gym, you can bet your top dollar that we won't be cutting corners. This ethic to strive is what has made Elite Sports a leader of the pack in the MMA Industry, worn by more and more [fighters](#), both profession and recreational, every day.

## Elite Sports Fightwear

We make products for many martial arts disciplines such as [Brazilian Jiu Jitsu](#), No-Gi, [MMA](#), [Boxing](#), [Muay Thai](#), [Karate](#), [Judo](#), [Wrestling](#), [Taekwondo](#) and more with an acute knowledge of the demands of each discipline. Our extensive catalog of high quality MMA gear is sure to have the item you need. Whether its the gym or the mat, our gear is proven to be some of the highest performing and comfortable gear out there. With the slogan "Embrace The Pain", we are ready to unleash the champion within you.

| CONTACT US | MY ACCOUNT | SIGN UP FOR OUR NEWSLETTER |
|---|---|---|
| Support | Login | Email address |
| Brand Ambassador | Register | |
| Affiliates | | Subscribe |
| HELP | SOCIAL MEDIA | |

ABOUT US

SPRING SALE    10% OFF

COUPON CODE: **SPRING10** FREE SHIPPING ON ORDERS OVER **$56.99**

Returns & Exchange
Shipping Warranty
Product Care  Faqs

Blog
Open Wholesale Account
Gift Card
Reviews

SELECT A STORE

UNITED STATES ▼

© 2019, Elite Sports | All Rights Reserved.     Terms And Conditions     Privacy Policy

★ REVIEWS