# EXHIBIT B1

**COBRA COMBAT ALAKRAN SERIES BLACK HAT**
$14.99

**COBRA COMBAT ANACONDA SERIES FIGHT SHORTS - BLACK**
$19.99

**COBRA COMBAT ANACONDA SERIES FIGHT SHORTS - BLUE**
$19.99

**COBRA COMBAT ANACONDA SERIES FIGHT SHORTS - GOLD**
$19.99







**COBRA COMBAT ANACONDA SERIES FIGHT SHORTS - GREY**
$19.99

**COBRA COMBAT ANACONDA SERIES FIGHT SHORTS - WHITE**
$19.99

**COBRA COMBAT FULL SLEEVE RASH GUARD - WHITE**
$19.99

**COBRA COMBAT FULL SLEEVE RASH GUARD - BLACK**
$19.99