# EXHIBIT B2

   

**COBRA COMBAT MAMBA SERIES GYM AND DUFFEL BAG LARGE - ROYAL BLUE**
$32.99

**COBRA COMBAT ALAKRAN SERIES BLACK AND RED HAT**
$14.99

**COBRA COMBAT ANACONDA SERIES FIGHT SHORTS - PURPLE**
$19.99

**COBRA COMBAT VIPER SERIES HALF SLEEVE COTTON T-SHIRT - WHITE**
$13.99

   

**COBRA COMBAT ALAKRAN SERIES BLACK HAT**
$14.99

**COBRA COMBAT ANACONDA SERIES FIGHT SHORTS - BLACK**
$19.99

**COBRA COMBAT ANACONDA SERIES FIGHT SHORTS - BLUE**
$19.99

**COBRA COMBAT ANACONDA SERIES FIGHT SHORTS - GOLD**
$19.99