# EXHIBIT B3

# Mens

Sort By: Featured Items









**COBRA COMBAT VIPER SERIES HALF SLEEVE COTTON T-SHIRT - BLACK**
$13.99

**PHYTON SERIES 1.0 ADULT GI- WHITE**
$119.99  $69.99

**COBRA COMBAT DOUBLE EDGE STANDARD FULL SLEEVE FLEECE HOODIE BLACK**
$24.99

**COBRA COMBAT MAMBA SERIES GYM AND DUFFEL BAG LARGE - RED**
$32.99











**COBRA COMBAT POISON MENS SPAT PANTS**
$24.99

**COBRA COMBAT RATTLE SNAKE MENS SPAT PANTS**
$19.99

**PHYTON SERIES 1.0 ADULT GI- BLACK**
$119.99  $69.99

**COBRA COMBAT VIPER SERIES FULL SLEEVE COTTON T-SHIRT - BLACK**
$18.99


Send us