# EXHIBIT C1





cobracombatus • Follow
Key West, Florida

1 like

DECEMBER 14, 2018

Add a comment...