# EXHIBIT C2

