# EXHIBIT D



**justinmillerbjj**

> I really don't care as I am going to be hiring someone new to take care of athletes but I wish you can tell me how did we treat any one wrong that upsets you

> first, i begged you guys to sponsor me and got a no. when i finally started doing a little work with you guys, fernando(the previous marketing manager) was the only guy i worked with. he treated me like royalty. but he said you guys didn't treat him good. fernando was great and started his own mma business which i'm now sponsored by. so, i'm not interested.

> Ok np thanks bro

> yeah, thanks for the offer.