# EXHIBIT E

# Roland Tong

| | |
|---|---|
| **From:** | Husnain Alamdar <hualamdar@gmail.com> |
| **Sent:** | Tuesday, April 9, 2019 1:29 PM |
| **To:** | Roland Tong |
| **Subject:** | Fwd: Images that have been copied from our websites. |

---------- Forwarded message ---------
From: **Cobra Combat** <cobracombatus@gmail.com>
Date: Fri, Mar 15, 2019 at 7:56 AM
Subject: Re: Images that have been copied from our websites.
To: Alamdar <hus.alamdar@gmail.com>

Hello Mr. Alamdar,

I appreciate your email and a telephone conversation we had yesterday. I really appreciate your offer yesterday regarding manufacturing our products. That is something I really will be considering after reviewing all my current manufactures contract.

As per our conversation from yesterday I had a meeting today in the morning and I made my own decision that my team will take off the pictures you pointed out yesterday within 24 to 48 hours this, will be done. Other than that I would really appreciate if you can tell the person who was chatting with me over Instagram (I still don't believe it was not you) to be more professional in approaching other official page IG messages and don't talk to people like he did with me because this way will bring you no other things but troubles to your company. Just a piece of advice people like him rips your company reputation totally.

There is another point I truly would like to clarify . You contacted one of my sponsor athlete Justin Miller yesterday , he informed me you were having a chat conversation over his personal fb messenger. You told him we ripped him off from you ( I saw all of the chat since he sent me the screenshot of the conversation). That was really a bad and low move from a Company who respects athletes like you told him in that chat. It looks to me that you tried to manipulate a teenager and started to point out some personal issues about one of your ex employee etc. Please I kindly suggest you to have some decency to come straight instead of going through a back doors, please understand he is just a kid and he was never sponsored by Elite. He was really upset the way you approached to him and it was not professional for an owner of such as prestigious Company to behave this way.

I hope you won't do this kind of low level thing again in future or I will have no other options to post all the pictures of your conversations with him and others who from yesterday till today are telling me Elite sports has contacted over social media chats . No disrespect between two companies, you can go your separate way and I will go mine. We are two Companies and doing business on our own way and I hope you won't do that type of thigs again.

I wish that both companies were not in any kind of allegation and much less in any kind of problems. I really do not know which of my workers has been in contact with your customers as you mentioned in your email and if that is happening I guarantee you that this will not happen anymore. This is not the way I do business at all. All I want is maintain a good relationship between both Companies and left all of this behind. Without more points to clarify I wish you from my humble heart that your Corporation continues to grow and continue to be successful as always

Also like I said before I will really be considering your offer which is very good and tentative since you offered a really good deal.

Would  love to get back to you soon with great news about doing business together

Good luck and may God continue to bless you


Best regards

Jannette Dominguez

President

Cobra Combat LLC


On Fri, Mar 15, 2019 at 12:14 AM Alamdar <hus.alamdar@gmail.com> wrote:
Hello Jannette,


https://www.elitesports.com/collections/bjj-no-gi-shorts

**all the below images were copied from the above page of ours.**
https://www.cobracombat.com/shorts


https://www.cobracombat.com/cobra-combat-short-sleeve-rash-guard-purple
**The banner on above product pages are copied from below**
https://www.elitesports.com/collections/bjj-no-gi-rash-guards  (look at last 4 products)


https://www.cobracombat.com/equipment
**All these bags are copied from our page below and color has been changed and logo has been placed**
https://www.borntough.com/collections/accessories/products/born-tough-duffle-bag-gray
(Look at second image)


https://www.cobracombat.com/cobra-combat-standard-mens-spat-pants
https://www.cobracombat.com/cobra-combat-poison-mens-spat-pants-black
**the above 2 products are copied from the below**
https://www.elitesports.com/collections/brazilian-jiu-jitsu-bjj-spats-pants


FYI a lot of your other content is copied from other websites as well but all the above we have high resolution images, Our model and photographer can both testify in court that these belong to us. We request to please remove these products within next 24 hours.

if you have any question please call me.

Also please stop contacting our athletes and telling them that they should switch over. Several of them have reached out to us and informed us.

2

--
H Alamdar

*President*
**Motorcycle House**
m: 562-405-7096
a: [340 N Palm St](#) a, Brea, CA 92821