# EXHIBIT F



T-Mobile LTE                    11:29 AM

**Cobra  Combat**
online

GM Mr. Alamdar.
Hope you are enjoying this beautiful day.
I want to share with you
First, I want to thank you so much for our talk and for clearing out a lot of issues that you brought out to me the other day. All of the points you referred to me were confessed by your ex employees. I invested into a system that will be monitoring their accions and I must confess I couldnt left them in the middle of street while they are having families etc. Also bc you know better than me that life in Pakistan is very difficult. So they beg for appologies. I gave them another opportunity but please trust me , my company wont interfere with yours anymore. I can trully feel your pain of betray and it really hard to swallow but I beg you for your forgiveness and move foward