# EXHIBIT H

Registration #: VA0002145122
Service Request #: 1-7561633174

**Mail Certificate** _____

Priority: Special Handling    Application Date: April 01, 2019

**Correspondent** _____

Registration Number
**VA 2-145-122**
Effective Date of Registration:
April 01, 2019

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: October 26, 2017 to October 26, 2017

### Title

| | |
|---|---|
| Title of Group: | Athletic Clothing Photographs |
| Number of Photographs in Group: | 2 |
| • Individual Photographs: | Elite Sports Workout Standard MMA BJJ Spats Base Layer Compression Pants Tights, Elite Sports Black Jack Series Fight Shorts |
| Published: | October 2017 |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |
| Earliest Publication Date in Group: | October 26, 2017 |
| Latest Publication Date in Group: | October 26, 2017 |
| Nation of First Publication: | United States |

### Author

| | |
|---|---|
| • Author: | Diamond Graphics Studios |
| Author Created: | photographs |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Crorama, Inc. |
| | 340 N. Palm St., Suite A, Brea, CA, 92821, United States |
| Transfer statement: | By written agreement |

### Rights and Permissions

| | |
|---|---|
| Organization Name: | Manning & Kass Ellrod Ramirez Trester LLP |

|  |  |
|--|--|
| Name: | Roland Tong |
| Email: | rjt@manningllp.com |
| Telephone: | (949)557-8655 |
| Alt. Phone: | (949)440-6690 |
| Address: | 19800 MacArthur Boulevard<br>Suite 900<br>Irvine, CA 92612 United States |

## Certification

|  |  |
|--|--|
| Name: | Roland J. Tong |
| Date: | April 01, 2019 |
| Applicant's Tracking Number: | 7382.70000 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.