UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 8:19-cv-00676-SB-KES | Date: | 11/10/2021 |
|---|---|---|---|

| Title: | *Crorama, Inc. v. Jannette Dominguez et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] **ORDER TO SHOW CAUSE RE: SANCTIONS**

On October 15, 2021, the parties appeared before the Court for a Pretrial Conference (PTC). The PTC was continued to November 19, 2021, and the parties were ordered to submit pretrial filings consistent with the Court's Trial and PTC Order. Dkt. No. 152. In advance of the continued PTC, the parties have failed to timely submit the first two rounds of pretrial filings due on October 22, 2021 and November 5, 2021, respectively.

IT IS HEREBY ORDERED that the parties are to show cause at a hearing on **November 19, 2021** why they and/or their counsel should not be sanctioned for failing to timely submit their pretrial filings as previously ordered, including monetary sanctions and striking their respective operative pleadings resulting in dismissal or default. The parties shall each file written responses to this OSC **by no later than November 15, 2021**.

**IT IS SO ORDERED**.