JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 8:19-cv-0676-SB-KES | Date: | 11/11/2021 |
|---|---|---|---|

| Title: | *Crorama, Inc. v. Jannette Dominguez et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] ORDER DISCHARGING OSC RE: SANCTIONS AND DISMISSING CASE**

On November 10, 2021, the Court issued an Order to Show Cause (OSC) re: Sanctions for the parties' failure to timely submit pretrial filings in advance of the continued Pretrial Conference on November 19, 2021.  Dkt. No. 154.  The parties responded the same day and notified the Court that the case has settled by filing a stipulation to dismiss the case with prejudice.  Dkt. No. 155.  **IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.  Each party shall bear its own costs and attorneys' fees.

The Court discharges the OSC re: Sanctions and declines to impose sanctions.  Nonetheless, the Court admonishes the parties to comply with all rules and court orders in the future.  In the event that this Court issues an OSC in any future case involving Defendant Choudhry Hassan or Plaintiff's counsel, they are ordered to disclose this admonishment.